ORIGINAL

FILED
U.S. DISTRICT COURT
2010 OCT 18 PM 12:53
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RALPH SYDNEY, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 310-054 |
| ERIC HOLDER, et al., | ) | |
| Respondents. | ) | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, an inmate at McRae Correctional Facility in McRae, Georgia, commenced the above-captioned declaratory judgment action *pro se* and requested permission to proceed *in forma pauperis* ("IFP"). On August 17, 2010, the Court directed Petitioner to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within thirty (30) days and advised Petitioner that all prisoners, even those proceeding IFP, must pay the filing fee of $350.00 in full. 28 U.S.C. § 1915(b)(1). Petitioner was cautioned that failure to respond would be an election to have this case voluntarily dismissed without prejudice. (See doc. no. 5.) Petitioner failed to respond.

On September 21, 2010, the Court granted Petitioner fourteen (14) additional days to comply with the terms of the Court's August 17th Order. (See doc. no. 6.) Once again, Petitioner was warned that his failure to comply in a timely fashion with the Court's Order would result in a recommendation that his case be dismissed. The time to respond has passed, and Petitioner has not submitted the documents required by the Court's August 17,

2010 Order, nor has he provided the Court with any explanation why he has not complied.

Petitioner cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to the collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319, 1321 (11th Cir. 2002) (*per curiam*) (citing 28 U.S.C. § 1915). Petitioner has been warned repeatedly that failing to return the necessary IFP papers would be an election to have his case voluntarily dismissed. As Petitioner has neither fulfilled the requirements for proceeding IFP, nor paid the filing fee, the Court **REPORTS** and **RECOMMENDS** that this case be **DISMISSED**, without prejudice.

SO REPORTED and RECOMMENDED this 18th day of October, 2010, at Augusta, Georgia.

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE